**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Salcedo Custom Homes, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 – 1 8 3 4 6 4 4

4. **Debtor's address**

   **Principal place of business**  
   **3025 Princeton Drive**  
   Number    Street

   **Plano         TX    75075**  
   City         State    ZIP Code

   **Collin**  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City         State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Salcedo Custom Homes, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __6__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Salcedo Custom Homes, LLC**  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>            MM / DD / YYYY<br>District _____ When _____ Case number _____<br>            MM / DD / YYYY<br>District _____ When _____ Case number _____<br>            MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When _____<br>            MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br>District _____ When _____<br>            MM / DD / YYYY<br>Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Salcedo Custom Homes, LLC**  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number     Street

_____

_____
City     State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☒ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Salcedo Custom Homes, LLC** _____   Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/07/2023**
MM / DD / YYYY

X **/s/ Brian Salcedo**
Signature of authorized representative of debtor

**Brian Salcedo**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Christopher J. Moser**                               Date **04/07/2023**
Signature of attorney for debtor                                   MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number    Street

**Dallas**                                                    **TX**          **75201**
City                                                          State           ZIP Code

**(214) 871-2100**                                            **cmoser@qslwm.com**
Contact phone                                                 Email address

**14572500**                                                  **TX**
Bar number                                                    State

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **Salcedo Custom Homes, LLC**              CASE NO

                                                    CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/7/2023                                Signature  /s/ Brian Salcedo
                                                         *Brian Salcedo*
                                                         *President*

Date  _____                    Signature  _____

Case 23-40628    Doc 1    Filed 04/07/23    Entered 04/07/23 09:50:11    Desc Main
Document    Page 7 of 8
Debtor(s): Salcedo Custom Homes, LLC    Case No.
Chapter: 7
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Alex White and Deborah White<br>2401 Grant Park Way<br>Prosper, TX 75078 | Ferguson Enterprises, LLC<br>7946 SH-121<br>Frisco, TX 75034 | Main Street Lumber Company<br>230 E. Main Street<br>Denison, TX 75021 |
| Alfia Family Ventures, LP<br> d/b/a Maestro Management<br>16990 N. Dallas Parkway, Ste. 2<br>Dallas, TX 75248 | Foxworth-Galbraith Lumber Compa<br>4965 Preston Park Blvd., Ste. 4<br>Plano, TX 75093 | Matthews, Shiels, Knott, Eden &<br>Attn: Misti Beanland<br>8131 LBJ Freeway, Ste. 700<br>Dallas, TX 75251 |
| Barnsco, Inc.<br>2609 Willowbrook Road.<br>Dallas, TX 75220 | Guaranty Bank & Trust, N.A.<br>16475 Dallas Parkway, Unit 100<br>Addison, TX 75001 | Mike Pisterzi<br>1017 Fox Hollow Ln.<br>Oak Point, TX 75068 |
| Blalack & Williams<br>Attn: Sharon Sjostrom<br>4851 LBJ Freeway, Ste. 750<br>Dallas, TX 75244 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Munsch Hardt Kopf & Harr PC<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201 |
| Blenden Roth Law Firm<br>2217 Harwood Road<br>Bedford, TX 76021 | Jack Golebiewski<br>520 Waters Edge Way<br>Oak Point, TX 75068 | National Funding, Inc.<br>9530 Towne Centre Dr., Ste. 120<br>San Diego, CA 92121 |
| Caine & Weiner<br>5805 Sepulveda Blvd.<br>Sherman Oaks, CA 91411 | James B. Carroll, Esq.<br>2001 N. Lamar Street, Ste. 540<br>Dallas, TX 75202 | Nebraska Furniture Mart, Inc.<br>5600 Nebraska Furniture Mart Dr<br>The Colony, TX 75056 |
| Childress Engineering Services<br>1500 N. Greenville Ave., Ste. 1<br>Richardson, TX 75081 | Janet Johnston<br>441 Waters Edge Way<br>Oak Point, TX 75068 | Nixon Jack Hubbard, PLLC<br>Attn: Jacob Masters, Esq.<br>14241 Dallas Pkwy., #575<br>Dallas, TX 75254 |
| David G. Webster, Esq.<br>2323 Ross Ave., Ste. 1900<br>Dallas, TX 75201 | Jarvis & Carolyn Murray<br>200 Waters Edge Way<br>Oak Point, TX 75068 | Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, Texas 75702 |
| Dennis & Sally Andersen<br>1049 Waters Edge Way<br>Oak Point, TX 75068 | John Bugh<br>241 Waters Edge Way<br>Oak Point, TX 75068 | Patrick & Shradha Lyttle<br>8804 Gattoli Ct.<br>Flower Mound, TX 75022 |
| Eric Sagehorn<br>1041 Briarwood Court<br>Oak Point, TX 75068 | Kamran Chaudhry<br>10251 Calvery Ct.<br>Frisco, TX 75035 | Premier Plumbers of Texas<br>301 Industrial Blvd #C<br>McKinney, TX 75069 |

Proficient Concrete
10702 C F Hawn Freeway
Dallas, Texas 75217


Red Oak Insulation, Inc.
c/o Maria Villaneuva
PO Box 277
Red Oak, TX 75154


Renee Warrior
870 High Ridge Dr.
Lakewood Village, TX 75068


Rental One
PO Box 489
Colleyville, TX 76034


Steven Harris
960 Tourmaline Dr.
Oak Point, TX 75068


The Jarrell Company
2651 Fondren Drive
Dallas, TX 75206


Ty McAden
201 Waters Edge Way
Oak Point, TX 75068


Williams Rush & Associates
4144 N. Central Expressway
Dallas, TX 75204