**Fill in this information to identify the case**

Debtor name  **Salcedo Custom Homes, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **23-40628**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**

_____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
account number

4.   **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **Salcedo Custom Homes, LLC**                                  Case number (if known)   **23-40628**
        Name

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.                                                  **$0.00**

## Part 3:    Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☒ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a.  90 days old or less: _____  –  _____  = ............ ➔  _____
                      face amount            doubtful or uncollectible accounts

11b.  Over 90 days old: _____  –  _____  = ............ ➔  _____
                    face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                              **$0.00**

## Part 4:    Investments

**13.** **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

                                    **Valuation method used for current value**    **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                      % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17.** **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                    **$0.00**

## Part 5:    Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |

**23.** Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

**24.** Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** Crops--either planted or harvested | | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | | |

**33.** Total of Part 6.
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34.** Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|
| | Name | | |

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.        **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

---

Debtor    __**Salcedo Custom Homes, LLC**_____    Case number (if known)    __**23-40628**_____
          <sub>Name</sub>

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.

    ☐ Yes.  Fill in the information below.

                                                                                       **Current value of
debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77.  Copy the total to line 90.

                                                                          **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor  **Salcedo Custom Homes, LLC**                               Case number (if known)  **23-40628**
_____                       _____
Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$0.00** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................  **$0.00**

**Fill in this information to identify the case:**

Debtor name **Salcedo Custom Homes, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **23-40628**
(if known)

☐ Check if this is an amended filing

Official Form 206D

**Schedule D: Creditors Who Have Claims Secured by Property** 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

**2.1**

**Creditor's name**
**Alex White and Deborah White**

**Creditor's mailing address**
**2401 Grant Park Way**

**Prosper                 TX   75078**

**Creditor's email address, if known**

**Date debt was incurred** 2021

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**None**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,219,472.08**   Column B: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$1,318,145.41**

Debtor  **Salcedo Custom Homes, LLC** _____  Case number (if known) **23-40628**

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** | **Creditor's name**
**Barnsco, Inc.**

**Creditor's mailing address**
**2609 Willowbrook Road.**

_____

_____

**Dallas              TX    75220**

**Creditor's email address, if known**

_____

**Date debt was incurred    2022**

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**
**None**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $15,344.42 | $0.00 |

**2.3** | **Creditor's name**
**Ferguson Enterprises, LLC**

**Creditor's mailing address**
**7946 SH-121**

_____

_____

**Frisco              TX    75034**

**Creditor's email address, if known**

_____

**Date debt was incurred    2021**

**Last 4 digits of account
number**          ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is
subject to a lien**
**None**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $28,859.00 | $0.00 |

Debtor   **Salcedo Custom Homes, LLC**   Case number (if known) **23-40628**

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

Creditor's name
**Foxworth-Galbraith Lumber Company**

Creditor's mailing address
**4965 Preston Park Blvd., Ste. 400**

_____

**Plano          TX    75093**

Creditor's email address, if known

_____

Date debt was incurred    **2021**

Last 4 digits of account number          ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

Describe debtor's property that is subject to a lien
**None**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$54,469.91**                    **$0.00**

| Debtor | **Salcedo Custom Homes, LLC** | Case number (if known) | **23-40628** |
|---|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David G. Webster, Esq.** | Line **2.4** | ___ ___ ___ ___ |
| **2323 Ross Ave., Ste. 1900** | | |
| **Dallas**    **TX**    **75201** | | |
| **James B. Carroll, Esq.** | Line **2.2** | ___ ___ ___ ___ |
| **2001 N. Lamar Street, Ste. 540** | | |
| **Dallas**    **TX**    **75202** | | |
| **Matthews, Shiels, Knott, Eden & Beanland** | Line **2.3** | ___ ___ ___ ___ |
| **Attn: Misti Beanland** | | |
| **8131 LBJ Freeway, Ste. 700** | | |
| **Dallas**    **TX**    **75251** | | |
| **Munsch Hardt Kopf & Harr PC** | Line **2.1** | ___ ___ ___ ___ |
| **500 N. Akard Street, Suite 3800** | | |
| **Dallas**    **TX**    **75201** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Salcedo Custom Homes, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-40628** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | _____ | **Basis for the claim:** |
| | | _____ |
| **Date or dates debt was incurred** | | |
| _____ | | **Is the claim subject to offset?** |
| **Last 4 digits of account number** ___ ___ ___ ___ | | ☐ No |
| | | ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ ) | | |

Debtor   __Salcedo Custom Homes, LLC__                    Case number (if known)   __23-40628__

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |

__Alfia Family Ventures, LP__

 __d/b/a Maestro Management__

__16990 N. Dallas Parkway, Ste. 200__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__                    TX     75248

**Basis for the claim:**
__Lease__

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

__Jack Golebiewski__

__520 Waters Edge Way__

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
__Goods and/or Services__

__Oak Point__                    TX     75068

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,610.30** |

__Main Street Lumber Company__

__230 E. Main Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or Services__

__Denison__                    TX     75021

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,560.99** |

__Nebraska Furniture Mart, Inc.__

__5600 Nebraska Furniture Mart Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or Services__

__The Colony__                    TX     75056

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
| --- | --- | --- | --- |

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**  Nonpriority creditor's name and mailing address

Premier Plumbers of Texas

301 Industrial Blvd #C

McKinney                    TX      75069

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.6**  Nonpriority creditor's name and mailing address

Proficient Concrete

10702 C F Hawn Freeway

Dallas                        TX      75217

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.7**  Nonpriority creditor's name and mailing address

The Jarrell Company

2651 Fondren Drive

Dallas                        TX      75206

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or Services

Is the claim subject to offset?
☑ No
☐ Yes

$36,664.25

Debtor    **Salcedo Custom Homes, LLC**                              Case number (if known) **23-40628**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Blalack & Williams**<br>**Attn: Sharon Sjostrom**<br>**4851 LBJ Freeway, Ste. 750**<br><br>**Dallas**          **TX**      **75244** | Line __**3.4**__<br>☐ Not listed. Explain: | __ __ __ __ |
| **4.2** **Blenden Roth Law Firm**<br>**2217 Harwood Road**<br><br>**Bedford**          **TX**      **76021** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3** **Caine & Weiner**<br>**5805 Sepulveda Blvd.**<br><br>**Sherman Oaks**     **CA**      **91411** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | **5** **8** **7** **3** |
| **4.4** **Childress Engineering Services**<br>**1500 N. Greenville Ave., Ste. 1000**<br><br>**Richardson**       **TX**      **75081** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.5** **Dennis & Sally Andersen**<br>**1049 Waters Edge Way**<br><br>**Oak Point**        **TX**      **75068** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.6** **Eric Sagehorn**<br>**1041 Briarwood Court**<br><br>**Oak Point**        **TX**      **75068** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | Salcedo Custom Homes, LLC | | Case number (if known) | 23-40628 |
|---|---|---|---|---|

### Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Guaranty Bank & Trust, N.A. <br> 16475 Dallas Parkway, Unit 100 <br><br> Addison          TX      75001 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | Janet Johnston <br> 441 Waters Edge Way <br><br> Oak Point        TX      75068 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.9 | Jarvis & Carolyn Murray <br> 200 Waters Edge Way <br><br> Oak Point        TX      75068 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | John Bugh <br> 241 Waters Edge Way <br><br> Oak Point        TX      75068 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | Kamran Chaudhry <br> 10251 Calvery Ct. <br><br> Frisco            TX      75035 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.12 | Mike Pisterzi <br> 1017 Fox Hollow Ln. <br><br> Oak Point        TX      75068 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.13 | National Funding, Inc. <br> 9530 Towne Centre Dr., Ste. 120 <br><br> San Diego        CA      92121 | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Nixon Jack Hubbard, PLLC**<br>**Attn: Jacob Masters, Esq.**<br>**14241 Dallas Pkwy., #575**<br><br>**Dallas          TX      75254** | Line __3.7__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.15 | **Patrick & Shradha Lyttle**<br>**8804 Gattoli Ct.**<br><br>**Flower Mound      TX      75022** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.16 | **Red Oak Insulation, Inc.**<br>**c/o Maria Villaneuva**<br>**PO Box 277**<br><br>**Red Oak          TX      75154** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.17 | **Renee Warrior**<br>**870 High Ridge Dr.**<br><br>**Lakewood Village      TX      75068** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.18 | **Rental One**<br>**PO Box 489**<br><br>**Colleyville      TX      76034** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.19 | **Steven Harris**<br>**960 Tourmaline Dr.**<br><br>**Oak Point          TX      75068** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.20 | **Ty McAden**<br>**201 Waters Edge Way**<br><br>**Oak Point          TX      75068** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Salcedo Custom Homes, LLC** | Case number (if known) | **23-40628** |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Williams Rush & Associates** | Line _____ | **6  8  8  3** |
| | **4144 N. Central Expressway** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Dallas          TX      75204** | | |

| Debtor | **Salcedo Custom Homes, LLC** | Case number (if known) | **23-40628** |
|---|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$108,835.54** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$108,835.54** |

**Fill in this information to identify the case:**

Debtor name    **Salcedo Custom Homes, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **23-40628**                              Chapter    **7**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.    **List all contracts and unexpired leases**                    **State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Salcedo Custom Homes, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-40628** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**            **TX**  **75075**<br>City                State   ZIP Code | **Alex White and Deborah White** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**            **TX**  **75075**<br>City                State   ZIP Code | **Alfia Family Ventures, LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**            **TX**  **75075**<br>City                State   ZIP Code | **Barnsco, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**            **TX**  **75075**<br>City                State   ZIP Code | **Childress Engineering Services** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|

## ▊ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.5** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Ferguson Enterprises, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.6** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Foxworth-Galbraith Lumber Company** | ☑ D<br>☐ E/F<br>☐ G |
| **2.7** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Guaranty Bank & Trust, N.A.** | ☐ D<br>☑ E/F<br>☐ G |
| **2.8** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Jack Golebiewski** | ☐ D<br>☑ E/F<br>☐ G |
| **2.9** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Main Street Lumber Company** | ☐ D<br>☑ E/F<br>☐ G |
| **2.10** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **National Funding, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| **2.11** Brian Salcedo | **3025 Princeton Drive**<br>Number    Street<br><br>**Plano**    **TX**    **75075**<br>City    State    ZIP Code | **Nebraska Furniture Mart, Inc.** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Salcedo Custom Homes, LLC | Case number (if known) | 23-40628 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12 **Brian Salcedo** | **3025 Princeton Drive**<br>Number   Street<br><br>**Plano** **TX** **75075**<br>City   State  ZIP Code | **Premier Plumbers of Texas** | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 **Brian Salcedo** | **3025 Princeton Drive**<br>Number   Street<br><br>**Plano** **TX** **75075**<br>City   State  ZIP Code | **Proficient Concrete** | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 **Brian Salcedo** | **3025 Princeton Drive**<br>Number   Street<br><br>**Plano** **TX** **75075**<br>City   State  ZIP Code | **Red Oak Insulation, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.15 **Brian Salcedo** | **3025 Princeton Drive**<br>Number   Street<br><br>**Plano** **TX** **75075**<br>City   State  ZIP Code | **The Jarrell Company** | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 **Janet Johnson** | Number   Street<br><br>City   State  ZIP Code | **Main Street Lumber Company** | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 **Salcedo Homes, LLC** | Number   Street<br><br>City   State  ZIP Code | **Alex White and Deborah White** | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 **Salcedo Homes, LLC** | Number   Street<br><br>City   State  ZIP Code | **Barnsco, Inc.** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Salcedo Custom Homes, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **23-40628**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...................................................................... **$0.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................ **$0.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.... **$1,318,145.41**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................... **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......... **+ $108,835.54**

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................... **$1,426,980.95**

**Fill in this information to identify the case and this filing:**

Debtor Name __**Salcedo Custom Homes, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number __**23-40628**__
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/17/2023**__     X __/s/ Brian Salcedo__
MM / DD / YYYY     Signature of individual signing on behalf of debtor

__**Brian Salcedo**__
Printed name

__**President**__
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**